**Order entered December 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00633-CV

**WASH TECHNOLOGIES OF AMERICA CORPORATION AND JON K. BANGASH, Appellants**

**V.**

**JOHN T. PAPPAS AND WASHBIZ, INC., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16090**

## ORDER

Before the Court is appellant Jon K. Bangash's December 19, 2016 unopposed motion to extend the time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 18, 2017.

/s/     CRAIG STODDART
           JUSTICE